## United States District Court for the Northern District of Illinois

Case Number: 08CV3881                     Assigned/Issued By: DAJ

Judge Name: SHADUR                        Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00      [ ] $39.00       [ ] $5.00
               [ ] IFP          [ ] No Fee       [ ] Other _____
               [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                          Receipt #: 2916231

Date Payment Rec'd: 07/08/08                 Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                                  [ ] Alias Summons

[ ] Third Party Summons                      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons             [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
                                             (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __07/08/08__ as to __DEF._____
                                        (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05