UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LABORERS' PENSION FUND, ET AL.

PLAINTIFF(S)

Case No.
**08 CV 3881**

vs.

ENVIRONMENTAL CLEANSING CORPORATION

SERVICE DOCUMENTS:
SUMMONS & COMPLAINT

DEFENDANT(S)

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Aug 04, 2008**, at **3:42 PM**, I served the above described documents upon **ENVIRONMENTAL CLEANSING CORPORATION** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **MATT KONOPKO / PRESIDENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **16602 S CRAWFORD AVE., STE 3, MARKHAM, IL 60426.**

**DESCRIPTION:** Gender: **M**   Race: **WHITE**   Age: **55**   Hgt: **6'0"**   Wgt: **280**   Hair: **BLACK/GRAY**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Robert Harenberg, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 5th day of August, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
40059